IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                                 Civ. No. 95-981 JC/WWD

ITEM 1: THE EAST HALF OF THE SOUTHWEST QUARTER
(E ½ SW 1/4) OF SECTION NINE (9), TOWNSHIP
TWENTY-EIGHT (28) SOUTH, RANGE SEVEN (7), N.M.P.M.
CONTAINING EIGHTY (80) ACRES MORE OR LESS, INCLUDING
ALL APPURTENANCES THERETO AND ALL IMPROVEMENTS THEREON, et al.,

        Defendants.

<u>MEMORANDUM OPINION AND ORDER</u>

This matter comes before the Court upon the Motion for Appointment of Guardian Ad

Litem filed by Yolanda Contreras Aguirre on July 29, 1998 [docket no. 104].  This cause is

presently on appeal to the Court of Appeals for the Tenth Circuit; accordingly, there are no

proceedings before this Court in which a guardian ad litem would participate.  When the matter is

determined by the Court of Appeals, the question of the appointment of a guardian ad litem can

be renewed.  I do not reach the question of whether Yolanda Contreras Aguirre would be an

appropriate guardian ad litem for her grandchildren.

**WHEREFORE,**

**IT IS ORDERED** that the Motion for Appointment of Guardian Ad Litem filed by

Yolanda Contreras Aguirre on July 29, 1998 [104] be, and it hereby is, DENIED without

prejudice.

_____
UNITED STATES MAGISTRATE JUDGE